IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM JOSEPH JOHNSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No.    2:07-cv-1213-TMP |
| ) | |
| SOUTHERN NUCLEAR ) | |
| OPERATING COMPANY; ) | |
| C. CALVERT DODSON; ROBERT ) | |
| MOONEY; B. LAMAR MURRAY; ) | |
| JEFF GASSER; and BILLIE ROOKS, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The magistrate judge filed his report and recommendation on March 31, 2010, recommending that the defendant's motion seeking dismissal of any claim asserted by plaintiff arising under Title VII of the Civil Rights Act of 1964 be granted. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, the court finds that the report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the defendants' motion to dismiss as to any Title VII claim is due to be and the same hereby is **GRANTED**. This case is again **REFERRED** to the magistrate judge for further proceedings.

**DONE**, this 27th day of April, 2010.

_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE